IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **Alexis Brixey, individually and on behalf of all others similarly situated**<br><br>*Plaintiffs,*<br><br>v.<br><br>**McAdoo's Seafood Company, LLC d/b/a McAdoo's Seafood Co. & Oyster Bar; and Wiggins Hospitality Group, LLC d/b/a La Cosecha Mexican Table**<br><br>*Defendants.* | No. 5:23-cv-00232-DAE<br><br>PLAINTIFF'S NOTICE OF FILING OPT-IN CONSENT FORMS |

Pursuant to 29 U.S.C. § 216(b), the attached consents are being filed on behalf of the following individuals who opt-in and join this action as party-plaintiffs:

(1) Ruben Wolfgang Barron [*attached as* Exhibit 1]

(2) Simone Gaines [*attached as* Exhibit 2]

(3) Heidi Romero [*attached as* Exhibit 3]

(4) Sabrina Lee Cox [*attached as* Exhibit 4]

(5) Jazmin Norris [*attached as* Exhibit 5]

(6) Harlan Maurial [*attached as* Exhibit 6]

(7) Garrett Evans [*attached as* Exhibit 7]

(8) Hector Vincent Cervantez [*attached as* Exhibit 8]

(9) Cristian Gabriel Feliz Andujar [*attached as* Exhibit 9]

(10) Angela Noble (Burrows) [*attached as* Exhibit 10]

 (11) Noah Rorick [*attached as* Exhibit 11]

* * *

           Respectfully submitted,

          By: */s/ Drew N. Herrmann*
            Drew N. Herrmann
            Texas Bar No. 24086523
            drew@herrmannlaw.com
            Pamela G. Herrmann
            Texas Bar No. 24104030
            pamela@herrmannlaw.com

            **HERRMANN LAW, PLLC**
            801 Cherry St., Suite 2365
            Fort Worth, TX 76102
            Phone: 817-479-9229
            Fax: 817-840-5102
            ATTORNEYS FOR PLAINTIFFS
            AND COLLECTIVE MEMBERS

CERTIFICATE OF SERVICE

  I certify that on February 23, 2024 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

           */s/ Drew N. Herrmann*
           Drew N. Herrmann