**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **Alexis Brixey, individually and on behalf of all others similarly situated** | **No. 5:23-cv-00232-DAE** |
| *Plaintiffs,* | |
| **v.** | **PLAINTIFFS' NOTICE OF FILING OPT-IN CONSENT FORMS** |
| **McAdoo's Seafood Company, LLC d/b/a McAdoo's Seafood Co. & Oyster Bar; and Wiggins Hospitality Group, LLC d/b/a La Cosecha Mexican Table** | |
| *Defendants.* | |

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel is filing the attached consents on behalf of the following individuals who opt-in and join this action as party-plaintiffs:

(1) Bryan Joseph Mandle Stock II [*attached as* Exhibit 1]

(2) Rita Cantu [*attached as* Exhibit 2]

\*      \*      \*

Respectfully submitted,

By: */s/ Drew N. Herrmann*

Drew N. Herrmann
Texas Bar No. 24086523
drew@herrmannlaw.com
Pamela G. Herrmann
Texas Bar No. 24104030
pamela@herrmannlaw.com

1

**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102
ATTORNEYS FOR PLAINTIFFS
AND COLLECTIVE MEMBERS


CERTIFICATE OF SERVICE

I certify that on March 1, 2024 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

/s/ Drew N. Herrmann
Drew N. Herrmann