IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **Alexis Brixey, individually and on behalf of all others similarly situated**<br><br>*Plaintiffs,*<br><br>v.<br><br>**McAdoo′s Seafood Company, LLC d/b/a McAdoo′s Seafood Co. & Oyster Bar; and Wiggins Hospitality Group, LLC d/b/a La Cosecha Mexican Table**<br><br>*Defendants.* | No. 5:23-cv-00232-DAE<br><br>**PLAINTIFFS′ NOTICE OF FILING OPT-IN CONSENT FORMS** |

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel is filing the attached consents on behalf of the following individuals who opt-in and join this action as party-plaintiffs:

(1) Darcee Stone [*attached as* Exhibit 1]

(2) Gregory Anderton [*attached as* Exhibit 2]

(3) Summer Becerra [*attached as* Exhibit 3]

(4) Brandon Scott Amison [*attached as* Exhibit 4]

(5) Shelby Cornell [*attached as* Exhibit 5]

\* \* \*

Respectfully submitted,

By: */s/ Drew N. Herrmann*
Drew N. Herrmann

1

Texas Bar No. 24086523
drew@herrmannlaw.com
Pamela G. Herrmann
Texas Bar No. 24104030
pamela@herrmannlaw.com

**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102
ATTORNEYS FOR PLAINTIFFS
AND COLLECTIVE MEMBERS

CERTIFICATE OF SERVICE

I certify that on March 11, 2024 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

*/s/ Drew N. Herrmann*
Drew N. Herrmann

2