EXHIBIT
**1**

## CONSENT TO JOIN FLSA LAWSUIT

I consent to join this lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") by Alexis Brixey ("Plaintiff"), against McAdoo's Seafood Company, LLC d/b/a McAdoo's Seafood Co. & Oyster Bar ("McAdoo's) and Wiggins Hospitality Group, LLC d/b/a La Cosecha Mexican Table ("La Cosecha"), to recover unpaid wages, liquidated damages, and attorneys' fees and costs.

By signing this consent, I designate the firm and attorneys at Herrmann Law, PLLC, ("Plaintiff's Counsel") and any other attorneys with whom they may associate to pursue my claims for unpaid wages. I also consent to be bound by the court's decision or judgment. I understand that I will be bound by, and will share in, any judgment entered by the Court or the terms of any settlement in this litigation that may be negotiated on behalf of all Plaintiff.

I consent to having Plaintiff and Plaintiff's Counsel make decisions on my behalf regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement in this litigation, entering into an agreement with Plaintiff's Counsel regarding representation, and all other matters pertaining to the lawsuit. If I sign this consent, the decisions or agreements made and entered into in this litigation by Plaintiff will be binding on me.

I understand that Plaintiff has entered into a Representation Agreement with Plaintiff's Counsel that applies to all opt-in plaintiffs who sign and file this consent. By singing this consent, I agree to be bound by the Representation Agreement. I understand that I may obtain a copy of the Representation Agreement by requesting it from Plaintiff's Counsel.

I understand that Plaintiff's Counsel may, in the future, appoint other individuals to be Representative Plaintiff(s) in this litigation. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to this litigation.

I acknowledge that this consent will be filed to recover wages that I may be owed by McAdoo's and/or La Cosecha, whether in the action with the Plaintiff or in a subsequent action filed on my behalf for the recovery of my wage claim. If needed, I therefore, authorize Plaintiff's Counsel to use this consent to re-file my claim in a separate or related action against McAdoo's and/or La Cosecha.

travis delany
_____
Printed Named

03/12/2024
_____
Date

*Travis graham-delany*
_____
Signature