## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

|  |  |
|---|---|
| **Alexis Brixey, individually and on behalf of all others similarly situated**<br><br>*Plaintiffs,*<br><br>v.<br><br>**McAdoo's Seafood Company, LLC d/b/a McAdoo's Seafood Co. & Oyster Bar; and Wiggins Hospitality Group, LLC d/b/a La Cosecha Mexican Table**<br><br>*Defendants.* | No. 5:23-cv-00232-DAE<br><br>**PLAINTIFF'S NOTICE OF FILING OPT-IN CONSENT FORMS** |

Pursuant to 29 U.S.C. § 216(b), the attached consents are being filed on behalf of the following individuals who opt-in and join this action as party-plaintiffs:

(1) Elijah Raver [*attached as* Exhibit 1]

(2) Hollie Sorrell [*attached as* Exhibit 2]

(3) Madison Bendit [*attached as* Exhibit 3]

(4) Zoe Porter [*attached as* Exhibit 4]

(5) Nicholas Vanecek [*attached as* Exhibit 5]

(6) Jimkel Rodriguez [*attached as* Exhibit 6]

(7) Jenna Kronk [*attached as* Exhibit 7]

(8) Cassandra Adame [*attached as* Exhibit 8]

(9) Gunnar Moss [*attached as* Exhibit 9]

\* \* \*

        Respectfully submitted,

By: */s/ Drew N. Herrmann*
    Drew N. Herrmann
    Texas Bar No. 24086523
    drew@herrmannlaw.com
    Pamela G. Herrmann
    Texas Bar No. 24104030
    pamela@herrmannlaw.com

**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102
ATTORNEYS FOR PLAINTIFFS
AND COLLECTIVE MEMBERS

CERTIFICATE OF SERVICE

    I certify that on March 22, 2024 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

    */s/ Drew N. Herrmann*
    Drew N. Herrmann