UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEXIS BRIXEY, individually and on behalf of all others similarly situated, | § § § § | No. 5:23-cv-00232-DAE |
| *Plaintiffs,* | § § § | |
| vs. | § § | |
| MCADOO'S SEAFOOD COMPANY, LLC d/b/a MCADOO'S SEAFOOD CO. & OYSTER BAR; and WIGGINS HOSPITALITY GROUP, LLC d/b/a LA COSECHA MEXICAN TABLE, | § § § § § § | |
| *Defendants.* | | |

## DISMISSAL ORDER

Before the Court is Defendants McAdoo's Seafood Company, LLC d/b/a McAdoo's Seafood Co. & Oyster Bar and Wiggins Hospitality Group, LLC d/b/a La Cosecha Mexican Table ("Defendants") and Plaintiffs Alexis Brixey, individually and on behalf of all others similarly situated ("Plaintiffs") Joint Motion for Date Certain Dismissal Order. (Dkt. # 61.)

The Court has been advised that the parties in the captioned matter have reached a settlement agreement. The parties requested that the Court dismiss with prejudice all claims by all parties subject to the parties' right to reopen the litigation before October 1, 2024, if the settlement is not consummated. (Id. at 1.)

1

Having not received a notice that the settlement was not consummated by October 1, 2024, the Court hereby **DISMISSES WITH PREJUDICE** all claims by all parties. The Clerk is **INSTRUCTED TO CLOSE THE CASE.** Each party will bear its own attorney fees and costs.

All parties shall retain the right to notify the Court if the settlement was not consummated by October 1, 2024, and may apply to the Court for reopening of this action should the parties not be able to ultimately consummate the settlement. If reopening of this action becomes necessary, it shall be reopened as though it had never been closed.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, October 2, 2024.

_____
David Alan Ezra
Senior United States District Judge